■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE AREVALO, Appellant. [724 NYS2d 340] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Dunlop, J.), rendered April 21, 1999, convicting him of attempted murder in the second degree, assault in the first degree, and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that the evidence was legally insufficient to support his conviction because the testimony of his accomplice was not sufficiently corroborated (see, CPL 60.22 [1]). However, the accomplice testimony was sufficiently corroborated by independent evidence tending to connect the defendant to the commission of the crimes of which he was convicted (see, CPL 60.22 [1]; People v Breland, 83 NY2d 286; People v Glasper, 52 NY2d 970).

The sentence imposed was not excessive (see, People v Suitte, 90 AD2d 80).

The defendant's remaining contentions, including those raised in their supplemental pro se brief, are without merit. Ritter, J. P., McGinity, H. Miller and Townes, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSHUA BARNES, Appellant. [724 NYS2d 358] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated January 31, 1994 (People v Barnes, 200 AD2d 751), affirming a judgment of the Supreme Court, Kings County, rendered April 6, 1992.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see, Jones v Barnes, 463 US 745). O'Brien, J. P., Ritter, Krausman and S. Miller, JJ., concur.